IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 06-377-9 |
| | : | |
| TERRY HUGHES | : | |

# ORDER

**AND NOW**, this 23rd day of August, 2012, upon consideration of Defendant Terry Hughes' pro se Petition under 28 U.S.C. § 2255 (ECF Nos. 446, 450), and all memoranda and exhibits submitted in support of and opposition thereto, it is **ORDERED** that:

1. Defendant's Petition is **GRANTED**.

2. Defendant's previous sentence is **VACATED**.

3. Defendant is found to have violated the terms of his supervised release.

4. Defendant is sentenced to time served, to be followed by one year of supervised release.

5. Defendant shall be released to the Luzerne Treatment Center in Philadelphia, Pennsylvania, for a period of six months.

6. While at the Luzerne Treatment Center, Defendant shall pay restitution at a rate of twenty (20) dollars per month.

7. While at the Luzerne Treatment Center, Defendant is exempted from all subsistence payments.

8. Defendant shall submit to drug treatment as recommended by the Probation Office.

9. All other conditions of his prior supervised release are to continue.

**IT IS SO ORDERED.**

                                            **BY THE COURT:**

/s/ _R. Barclay Surrick_
    **U.S. District Judge**