IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 06-377 |
| CHARLES WHITE, ET AL. | : | |

## **ORDER**

**AND NOW**, this 2nd day of January, 2013, upon consideration of Defendants Charles White, Allen Smith, Michael Merin, Antoine Norman, and Akintunde Crawford's Post-Restitution Hearing and Sentencing Memoranda (ECF Nos. 490, 492-495) and the Government's Supplemental Sentencing Memorandum Regarding Number of Victims (ECF No. 491), it is **ORDERED** that the sentencing enhancement provided in U.S.S.G. § 2B1.1(b)(2)(A) applies in calculating a recommended guideline range for sentencing of Defendants Charles White, Allen Smith, Michael Merin, Antoine Norman, and Akintunde Crawford.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/R. Barclay Surrick*
**U.S. District Judge**